UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JANE DALY, Personal | ) | |
| Representative of the Estate of | ) | |
| Jerome Francis Daly, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:08-cv-00042-JAW |
| | ) | |
| ANDRE PELLETIER, et als., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO WITHDRAW FUNDS
FROM MINOR SAVINGS ACCOUNT**

On October 26, 2012, Jane Daly, personal representative of the Estate of Jerome Francis Daly, moved this Court for an Order approving the withdrawal of $2,564.00 plus $300.00 from savings account number 3892 held at Camden National Bank in Kingfield, Maine for the benefit of CED. *Req. to Withdrawal from Minor Savs. Account and Order of Approval* (ECF No. 30). (*Pl.'s Mot.*) The Court has reviewed the motion and grounds for the withdrawal and although the Court Order dated September 11, 2008 allows for withdrawal for CED only "to pay for CED's private school education," *Order on Pl.'s Unopposed Mot. for Approval of Minor Settlement* at 3 (ECF No. 17), Ms. Daly has informed the Court that CED decided not to attend private school. *Pl.'s Mot.* at 1. The proposed use of the funds—to allow CED to attend a Mt. Abram School Costa Rica trip is consistent with the Court Order and the Court hereby GRANTS the Motion (ECF No. 30).

In addition, however, Ms. Daly has asked the Court to clarify "what the court would approve for use of this $." *Pl.'s Mot.* at 1. Unfortunately, the Court cannot give Ms. Daly the advice she seeks because the Court is constitutionally prohibited from issuing advisory rulings. The Court can only rule on individual motions. If Ms. Daly wishes guidance on the proper uses of the fund, she should consult an attorney.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2012